UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | BILL OF INFORMATION |
| TIMUR MAMATOV, | 18 U.S.C. § 249 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Hate Crimes Prevention Act)

On or about November 10, 2023, in the Southern District of Ohio, the defendant, **TIMUR MAMATOV**, willfully caused bodily injury to J.K., who is Jewish, because of his actual or perceived race, color, religion, or national origin.

In violation of 18 U.S.C. § 249(a)(1).

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

NOAH R. LITTON (OH 0090479)
Assistant United States Attorney

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

CAMERON A. BELL (CA 305872)
Trial Attorney